# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
### AT ROCK ISLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 09-40034-001** |
| | ) | |
| **ROSS EUGENE LANDFRIED III,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## UNITED STATES' NOTICE OF INTENT TO RELY UPON
## PRIOR FELONY DRUG CONVICTIONS FOR SENTENCING ENHANCEMENT

The United States of America, by and through the undersigned Assistant United States Attorney and pursuant to 21 U.S.C. § 851(a)(1), hereby files this notice of intent to rely upon the penalty enhancement contained in 21 U.S.C.§ 841(b)(1)(A) for the sentencing of defendant Ross Eugene Landfried III and states:

1. On or about April 9, 2002, in Butler County, Pennsylvania, the defendant was convicted of Using Communication Facility to Commit or Facilitate Acts.

2. Upon conviction in the instant matter, the defendant is subject to a mandatory minimum sentence under 21 U.S.C.§ 841(b)(1)(A) of twenty (20) years, a fine of up to $8,000,000, and a mandatory period of Supervised Release of ten (10) years to life, all by virtue of his prior felony conviction specified above.

3.  This notice is being filed and furnished to the defendant in accordance with 21U.S.C.

§ 851(a)(1).

Respectfully submitted,

UNITED STATES OF AMERICA

JEFFREY B. LANG
ACTING UNITED STATES ATTORNEY

By:          /s/ Sara Darrow
             Sara Darrow
             Assistant United States Attorney
             Star Cres Building, Suite 320
             1830 Second Avenue
             Rock Island, Illinois 61201-8003
             Telephone: (309)793-5884
             Fax: 309-793-5895


**CERTIFICATE OF SERVICE**

I hereby certify that on March 30, 2010,  I electronically filed the foregoing **UNITED**

**STATES' NOTICE OF INTENT TO RELY UPON PRIOR FELONY DRUG**

**CONVICTIONS FOR SENTENCING ENHANCEMENT** with the Clerk of the Court using

the CM/ECF system, which will send notification of the filing to: Kevin M. Kelly.

/s/ Sara Darrow
Sara Darrow
Assistant U.S. Attorney