Dear Public defenders office I am writing you on behalf on the 2 Point reduction. Can you please write me back and tell me if I qualify for it thank you for your help

Ross Landfried

FILED
DEC - 8 2014
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

FRESNO CA 936

01 DEC 2014 PM 2 L

↔30359-068↔
Public Defenders
100 NE Monroe ST
Clerk room 309
Peoria, IL 61602
United States

↔30359-068↔
Ross Eugene Landfried
Federal Correctional Institution
po box 9
Mendota, CA 93640
United States