\*\* INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY \*\*
TIME RECEIVED 4:09-cr-40034-MMM-JEH REMOTE CSID   Filed: 02/04/19 PAGES Page 1 of 2   STATUS    E-FILED
February 4, 2019 at 1:32:41 PM EST              #: 335         DURATION   2       Received
                                                                  61                         Monday, 04 February, 2019 04:08:33 PM
                                                                                             Clerk, U.S. District Court, ILCD

JAN-28-1999 04:57A FROM:                                          TO:3096717120         P.1/2

February 4, 2019

Angelique Straight
address redacted

Re: Ross Landfried 09-40034-1
Noah Landfried 09-40034-2

Dear Honorable Judge Mihm,

I am writing to request the assistance of your court in a matter of grave concern to me and my family. My brothers are once again in trouble with the law which has brought my family back into the spotlight.

The Pittsburgh Post Gazette has quoted a sentencing memo from 2010 written by Attorney Kevin Kelly that has my name as a source of information. By attaching my name to my brothers crimes I fear professional damage to myself and emotional damage to my teenage children through association with my brothers.

I am requesting that my letter written on behalf of my brothers be stricken from the record, sealed or otherwise made inaccessible to the public. It was my understanding, when I wrote the letter that detailed my families' history of pain and suffering, that my words would not be shared with anyone but you.

Attorney Kelly also references my letter in his sentencing memo, which is what the reporter quoted, and cited me as his source. I am requesting that this letter also be sealed or my name redacted or any other action the court

deems appropriate to protect my privacy.

I have voiced my grave concerns to the reporter and his supervisor at the Pittsburgh Post Gazette. They agreed to verify their sources and consider removing my name. But I am not confident that they will do so without action of your court.

I am a law abiding citizen whose only "crime" in life is to have two brothers who commit crimes. I am a psychotherapist with 20 years experience and fear damage to my reputation that I have built should the reporter continue with this salacious story.

Thank you for your time,

s/ Angelique Straight

Angelique Straight, msw, lsw